CHARLES R. HENK, PETITIONER-RESPONDENT, v. EASTERN AIR TAXI, INC., RESPONDENT-PETITIONER.

See same case below: 91 *N. J. Super.* 317.

*Mr. John W. Taylor,* for the petitioner.

*Messrs. Edelstein & Edelstein,* for the respondent.

September 20, 1966. Denied.

IN THE MATTER OF THE ESTATE OF GEORGE R. COOK, DECEASED.

*Messrs. Katzenbach, Gildea & Rudner* and *Mr. Harace J. Farlee,* for the petitioner.

*Messrs. Backes & Backes,* for the respondent.

September 20, 1966. Granted.

BARBARA BARCALOW, *ET ALS.,* PLAINTIFFS-PETITIONERS, v. FRED A. LANGE, *ET AL.,* DEFENDANTS-RESPONDENTS.

*Mr. Victor P. Mullica,* for the petitioners.

*Messrs. Stevens & Mathias* and *Mr. Maurice Frank,* for the respondents.

September 20, 1966. Denied.